UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-103 RAJ |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ANDRAEES LITTRELLE HENDERSON, | ) | |
| Defendant. | ) | |

Offenses charged in Indictment:

Count 1: Felon in Possession of a Firearm

Count 2: Felon in Possession of a Firearm

   (Same date, two different firearms, two different places)


Date of Detention Hearing:   August 7, 2020.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and

DETENTION ORDER
PAGE -1

the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant is charged with possessing two different firearms at two different locations on the same day.

(2) He is also pending trial in state court for pointing a firearm out of a car window at a person in downtown Seattle.

(3) He has a prior felony conviction from Clallam County for Assault in the First Degree, as well as an extensive record of less serious convictions.

(4) He has numerous failures to appear in state court on various charges. The AUSA counts 19 such failures to appear. He also has violated conditions of his release by state authorities.

(5) Defendant seeks release, to return to residence with his girlfriend, and he proposes to seek employment.

(6) The Pretrial Services Office does not conclude there are conditions of release which would reasonably assure the safety of other persons and the community, and defendant's future court appearances. The court concurs.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of August, 2020.

_____
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER
PAGE -3