JUDGE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

ANDRAEES L. HENDERSON,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

NO.  CR20-103RAJ

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE

THIS MATTER having come before the Court on defendant's unopposed motion for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure

1

2

to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3

4

5

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

6

7

8

9

IT IS THEREFORE ORDERED that defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #17) is GRANTED.  The trial date shall be continued from October 13, 2020, to January 19, 2021.  All pretrial motions, including motions in limine, shall be filed no later than December 3, 2020.

10

11

12

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of January 19, 2021, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

13

14

DATED this 25th day of September, 2020.

15

16

17

The Honorable Richard A. Jones
United States District Judge

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
(*Andraees Henderson;* CR20-103RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**