|  |
|---|
| The Hon. Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-103-RAJ |
|---|---|
| Plaintiff, | PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY |
| v. |  |
| ANDRAEES LITTRELLE HENDERSON, |  |
| Defendant. |  |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion") concerning the following property (collective, the "Subject Property"):

1. One Springfield Armory, Geneseo IL model XD-M4.5'', 10mm caliber pistol, bearing serial number AT106529 ("Springfield Pistol");
2. One Smith and Wesson M&P 9 Shield 9mm pistol, bearing serial number JED0392 ("S&W Pistol");
3. 16 rounds of 10mm caliber PPU ammunition;
4. 8 rounds of 9mm caliber PMC ammunition;
5. 6 rounds of 10mm caliber PPU ammunition; and
6. 21 rounds of assorted ammunition.

Protective Order to Restrain Forfeitable Property - 1
*United States v. Henderson,* CR20-103-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Special Agent ("SA") Lexie Widmer, hereby FINDS entry of a protective order restraining the Subject Property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment (Dkt. No. 10, at 2–3);
- Based on the facts set forth in the Complaint and SA Widmer's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' unopposed request for a protective order restraining the Subject Property pending the conclusion of this case (Dkt. # 21) is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 11th day of December, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Protective Order to Restrain Forfeitable Property - 2
*United States v. Henderson,* CR20-103-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970