JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-103RAJ |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO CONFERENCING |
| v. | |
| ANDRAEES HENDERSON, | |
| Defendant. | |

THE COURT has considered the unopposed motion to proceed with guilty plea hearing by video conferencing and the files and records herein. The Court finds that delays in the ultimate disposition of this case would result in serious harm to the interests of justice.

Therefore, the Court GRANTS the motion (Dkt. # 26) and orders the parties to schedule a video-conferenced plea hearing with the criminal duty magistrate judge.

DATED this 29th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO PROCEED WITH GUILTY PLEA
HEARING BY TELECONFERENCING
(*Andraees Henderson*; CR20-103RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100