The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRAEES LITTRELLE HENDERSON,

Defendant.

CASE NO.  CR20-103 RAJ

ORDER DISMISSING PENDING
SUPERVISED RELEASE
VIOLATION

The Court, having reviewed the United States' Motion to Dismiss the Pending
Supervised Release Violation, enters the following order:

IT IS HEREBY ORDERED that the Pending Supervised Release Violation in this
case is dismissed without prejudice.

Dated this ____28th____ day of June, 2022.

_____
RICHARD A. JONES
United States District Judge

Presented by:

/s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

Order Dismissing Pending Supervised Release Violation – 1
*United States v. Henderson,* CR20-103 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970