JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRAEES HENDERSON,<br><br>　　　　　Defendant. | No. CR20-103-RAJ<br><br>ORDER GRANTING MOTION TO REOPEN DETENTION HEARING |

THE COURT has considered Defendant Andraees Henderson's motion to reopen his detention hearing, and all the records and files in this case.

IT IS NOW ORDERED that Mr. Henderson's motion is granted, and that he be scheduled for a detention hearing before the criminal duty magistrate judge.

DATED this 19th day of December, 2024.

_____
HON. RICHARD A. JONES
United States District Judge

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Andraees Henderson

ORDER TO REOPEN DETENTION HEARING
(*U.S. v. Andraees Henderson;* CR20-103RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100